UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :
                                                 :
TANYA D WALKER                                   :
                                                 :   Bankruptcy No. 04-35980
         Debtor(s)                               :   Chapter 13

## ORDER

AND NOW, this 6th day of Jan. , 2006, after notice and hearing, the above-captioned case is hereby dismissed without prejudice.

FOR THE COURT

STEPHEN RASLAVICH, B.J.

Copies served on:

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606


TANYA D WALKER
2221 JACKSON STREET
PHILADELPHIA PA 19145


DAVID M. OFFEN
601 Walnut Street
Suite 160 West
Philadelphia PA 19106